# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ASSUMPTION PARISH POLICE JURY, ET AL.

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

CONSOLIDATED WITH

STATE OF LOUISIANA

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

CONSOLIDATED WITH

ASSUMPTION PARISH SHERIFF MIKE WAGUESPACK

VERSUS

TEXAS BRINE COMPANY, LLC, ET AL.

NO. 2020 CW 1159

**FEBRUARY 22, 2021**

---

In Re: Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc., applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, Nos. 34386 c/w 34389 c/w 34391.

---

**BEFORE:    GUIDRY, McDONALD, AND WELCH, JJ.**

**WRIT GRANTED.** The trial court erred by failing to grant Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc.'s, motion to stay pending the arbitration panel's determination of arbitrability of all claims asserted between Occidental Chemical Corporation, Occidental Petroleum Corporation, OXY USA, Inc., and Texas Brine Company, LLC. Therefore, we reverse the portion of the trial court's October 22, 2020 judgment which denied Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc.'s motion to stay all claims asserted by and between Texas Brine Company, LLC, OXY USA, Inc., and Occidental Petroleum Corporation including tort claims asserted between Texas Brine Company, LLC and Occidental Chemical Corporation. We grant the motion to stay pending arbitration filed by Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc. All causes of action asserted in this action between Texas Brine Company, LLC, Occidental Chemical Corporation, Occidental Petroleum Corporation, and OXY USA, Inc. are hereby stayed pending a determination of arbitrability of the claims between these parties by the arbitration panel and the arbitration of the claims subject thereto. See **Assumption Parish Police Jury v. Texas Brine Company, LLC,** 2018-0364 (La. App. 1st Cir. 3/19/19), 2019 WL 1306141 (unpublished), writ denied, 2019-00958 (La. 9/24/19), 279 So.3d 936.

JMG
JMM
JEW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT